IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

STEPHANIE CAULEY,                            Civil Action File No.

      Plaintiff,

v.

WAL-MART STORES EAST, LP,
D/B/A WALMART #588,
JOHN DOE AND XYZ CORPORATION,

      Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW WAL-MART STORES EAST, LP, by and through counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant WAL-MART STORES EAST, LP in the State Court of Forsyth County, Georgia, which is within the Gainesville Division of this Court. 28 U.S.C.A. § 90 (a)(1). Said lawsuit is styled as above and is numbered as Civil Action File No. 20SC-0395-A. Plaintiff's claims against Defendant include claims of negligence.

2.

This case arises from an alleged slip-and-fall incident on December 28, 2018. Currently, at the time of the filing of this Removal, Defendant is in default, and Defendant has filed a Motion to Open Default in the state court. Hearing for the Motion to Open Default was scheduled in state court for February 26, 2021. Plaintiff's Complaint, filed on March 21, 2020, is silent as to the amounts of her medical expenses, lost wages, or any other item of special damages. In a letter dated January 18, 2021, Plaintiff made a settlement demand in the amount of $125,000, itemizing $19,583.57 in past medical expenses, and attaching more than 450 pages of medical records and billing statements as to Plaintiff's treatment. (Exhibit "B," Plaintiff's Demand and Medical Records). Defendant WAL-MART STORES EAST, LP timely files this notice of Removal within thirty (30) days of receipt of Plaintiff's Demand and Medical Records.

3.

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole

member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 702 SW 8th Street, Bentonville, AR 72716.

4.

Stephanie Cauley is a citizen of the State of Georgia.

7.

Complete diversity of citizenship exists between Plaintiff and Defendant.

8.

The amount in controversy as to Plaintiff's claims exceed $75,000. Plaintiff alleges that the subject slip-and-fall caused a brain injury resulting in repeated episodes of "blacking out"/fainting, convulsions, seizures, and spells of decreased attentiveness; a back injury ("with reported diagnosis of 'slipped disc'"); and a miscarriage of her unborn child because of the incident. (Ex. B, Plaintiff's Demand and Medical Records at Page 84, 92, 93, 99, 106, 179, 202, 205, 218, 233, 236-241, 247, 295, 298, 301, 468, 470; Ex. C, Recorded Interview of Plaintiff). As of

January 18, 2021, Plaintiff itemizes that she has $19,583.57 in past medical expenses.  (Ex. B, Plaintiff's Demand and Medical Records).  Plaintiff seeks recovery in her Complaint for medical expenses and lost wages in unspecified amounts, and general damages.  (Complaint ¶¶ 25-26).  In her letter dated January 21, 2021, Plaintiff demanded $125,000 to settle the case.  (Ex. B, Plaintiff's Demand and Medical Records at 1-2).  For these reasons, the amount in controversy, exclusive of interest and costs, exceeds $75,000.  See Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 754 (11th Cir. 2010); Peters v. Wal-Mart Stores East, LP, No. 1:13-CV-76 (WLS), 2013 WL 4647379, at *2 (M.D. Ga. Aug. 29, 2013); Lewis v. Wal-Mart Stores Inc. et al., Civil Action No. 1:16-CV-01558-CAP, at 2-3 (N.D. Ga. July 1, 2016); Devezin et al. v. Wal-Mart Stores East, LP, Civil Action No. 1:14-cv-03721-CAP, at 2-3 (N.D. Ga. Feb. 20, 2015); Hickerson v. Enterprise Leasing Company of Georgia, LLC, 818 Fed.Appx. 880, 883 (11th Cir. 2020); Gebbia v. Wal-Mart Stores, Inc., 233 F.3d 880, 883 (5th Cir. 2000); Luckett v. Delta Airlines, Inc., 171 F.3d 295, 298 (5th Cir. 1999); Roe v. Michelin North America, Inc., 613 F.3d 1058 (11th Cir. 2010).  Perkins v. Lonero-Deck, Civil Action No. 3:08-CV-00022-JTC, 2008 WL 11337994, at *1-2 (N.D. Ga. July 28, 2008); Purdiman v. Organon Pharmaceuticals USA, Inc., Civil Action No. 2:08-CV-

0006-RWS, 2008 WL 686996, at *2 (N.D. Ga. Mar. 12, 2008); Lowery v. Alabama Power Co., 483 F.3d 1184, 1262 n.62 (11th Cir. 2007) (quoting 28 U.S.C. § 1446(b)); Addo v. Globe Life & Accident Ins. Co., 230 F.3d 759, 761–62 (5th Cir.2000); Williams v. Safeco Ins. Co., 74 F.Supp.2d 925, 929 (W.D.Mo.1999); Southern Ins. Co. of Virginia v. Karrer, Civil Action No. 3:10–CV–84 (CAR), 2011 Westlaw 1100030 (M.D.Ga. Mar. 22, 2011); Golden Apple Management Co. v. Geac Computers, Inc., 990 F.Supp. 1364, 1368 (M.D.Ala. 1998); Jackson v. Select Portfolio Servicing, 651 F.Supp.2d 1279, 1281 (S.D.Ala. 2009); Barlow v. Variety Wholesalers, Civil Action No. 5:14-CV-375 (WLS) (M.D.Ga. Dec. 17, 2014); Peterman v. Wal-Mart Stores, Civil Action No. 1:13-cv-91 (WLS), 2013 Westlaw 5210188 (M.D.Ga. Sept. 13, 2013); Farley v. Variety Wholesalers, Civil Action No. 5:13-CV-52 (CAR), 2013 Westlaw 1748608 (M.D.Ga. April 23, 2013); Streicher v. Sam's East, Inc., Civil Action File No. CV419-01(WTM) (S.D. Ga March 4, 2019).

9.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

10.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant attaches as Exhibit

"A" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the State Court of Forsyth County, Georgia for the above-styled case.

11.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

12.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

13.

A true and correct copy of the original Notice of Removal will be filed with the Clerk of the State Court of Forsyth County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant WAL-MART STORES EAST, LP prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Gainesville Division.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Howard M. Lessinger
Georgia Bar No. 447088
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326-3240
(404) 266-9171
(404) 365-4514
(404) 364-3138 (Fax)
ndeeb@mmatllaw.com
hlessinger@mmatllaw.com

    The undersigned counsel certifies that the foregoing Amended Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

                                      /s/ Nicholas E. Deeb
                                      Nicholas E. Deeb

## **CERTIFICATE OF SERVICE**

This is to certify that on February 16, 2021, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                                 McLAIN & MERRITT, P.C.

                                 /s/ Nicholas E. Deeb
                                 Howard M. Lessinger
                                 Georgia Bar No. 447088
                                 Nicholas E. Deeb
                                 Georgia Bar No. 117025
                                 Attorneys for Defendant
                                 WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326-3240
(404) 266-9171
(404) 365-4514
(404) 364-3138 (Fax)
ndeeb@mmatllaw.com
hlessinger@mmatllaw.com