| Docket # | Document Type | Description | Filer | Filing Date | Source | Pages | Preview |
|---|---|---|---|---|---|---|---|
| 1 | Complaint | | | 03/21/2020 | Manual | | |
| 2 | Certificate Of Service | | | 03/21/2020 | Manual | | |
| 3 | Summons | | | 03/21/2020 | Manual | | |
| 4 | Complaint | Complaint For Damages | Phillips, Johnny | 03/21/2020 | EFile: PeachCourt | 7 | View |
| 5 | Certificate Of Service | Certificate Of Service 5.2 | Phillips, Johnny | 03/21/2020 | EFile: PeachCourt | 2 | View |
| 6 | Summons | Summons For Wal-Mart Stores East, LP. | Phillips, Johnny | 03/21/2020 | EFile: PeachCourt | 1 | View |
| 7 | Case Information Form | Case Information Form | Phillips, Johnny | 03/21/2020 | EFile: PeachCourt | 1 | View |
| 8 | Complaint | | | 03/23/2020 | Manual | | |
| 9 | Certificate Of Service | | | 03/25/2020 | Manual | | |
| 10 | Certificate Of Service | COS 5.2 | Phillips, Johnny | 03/25/2020 | EFile: PeachCourt | 1 | View |
| 11 | Miscellaneous | Corporate 06/02/2020 | | 06/04/2020 | Manual | | |
| 12 | Sheriff's Return Of Service | | Civil, S.O. | 06/04/2020 | EFile: PeachCourt | 2 | View |
| 13 | Miscellaneous | | | 07/23/2020 | Manual | | |
| 14 | Entry Of Appearance | Substitution Of Counsel | Phillips, Johnny | 07/23/2020 | EFile: PeachCourt | 3 | View |
| 15 | Certificate Of Service | Discovry | | 08/04/2020 | Manual | | |
| 16 | Certificate Of Service | Discovry | | 08/04/2020 | Manual | | |
| 17 | Certificate Of Service | Certificate Of Service 5.2 | Phillips, Johnny | 08/04/2020 | EFile: PeachCourt | 1 | View |
| 18 | Certificate Of Service | Certificate Of Service 5.2 | Phillips, Johnny | 08/04/2020 | EFile: PeachCourt | 1 | View |

Exhibit A: State Court Pleadings, Part 1 (with Key)

| 19 | Certificate Of Service | Of Compliance | | 09/01/2020 | Manual | | |
| 20 | Motion | | | 09/01/2020 | Manual | | |
| 21 | Default Judgment | Motion For Default | Phillips, Johnny | 09/01/2020 | EFile: PeachCourt | 12 | View |
| 22 | Notice | Certificate Of Compliance | Phillips, Johnny | 09/01/2020 | EFile: PeachCourt | 1 | View |
| 23 | Proposed Order | Default Proposed Order | Phillips, Johnny | 09/01/2020 | EFile: PeachCourt | 2 | View |
| 24 | Miscellaneous | | | 09/08/2020 | Manual | | |
| 25 | Certificate Of Service | 5.2 Emory Brain | Phillips, Johnny | 09/08/2020 | EFile: PeachCourt | 1 | View |
| 26 | Order | For Default Judgment | | 11/20/2020 | Manual | | |
| 27 | Order | | Wilson, Anne-Marie | 11/20/2020 | EFile: PeachCourt | 2 | View |
| 28 | Entry Of Appearance | Entry Of Appearance | Deeb, Nicholas | 12/23/2020 | EFile: PeachCourt | 3 | View |
| 29 | Order | | Wilson, Anne-Marie | 01/15/2021 | Manual | 2 | View |
| 30 | Answer | Answer Of Defendant (Under Oath) | Deeb, Nicholas | 01/28/2021 | EFile: PeachCourt | 8 | View |
| 31 | Demand | Defendant's 12-Person Jury Demand | Deeb, Nicholas | 01/28/2021 | EFile: PeachCourt | 2 | View |
| 32 | Motion | Defendant's Motion To Open Default (With Exhibits B - K) | Deeb, Nicholas | 01/28/2021 | EFile: PeachCourt | 76 | View |
| 33 | Brief | Brief In Support Of Defendants' Motion To Open Default (With Exhibits L -T)) | Deeb, Nicholas | 01/28/2021 | EFile: PeachCourt | 80 | View |

| 34 | Motion | DEFENDANT'S MOTION FOR RELIEF FROM IMPROPER, UNSIGNED DISCOVERY REQUESTS, OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW ADMISSIONS AND FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS | Deeb, Nicholas | 01/28/2021 | EFile: PeachCourt | 3 | View |
| 35 | Brief | BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR RELIEF FROM IMPROPER, UNSIGNED DISCOVERY REQUESTS, OR, IN THE ALTERNATIVE, MOTION TO WITHDRAW ADMISSIONS AND FOR ADDITIONAL TIME TO RESPOND (WITH APPENDICES) | Deeb, Nicholas | 01/28/2021 | EFile: PeachCourt | 90 | View |
| 36 | Notice | Notice Of Manual Filing Of Exhibit "A", Video, To Defendant's Motion To Open Default And Motion To Withdraw Admissions | Deeb, Nicholas | 01/28/2021 | EFile: PeachCourt | 2 | View |
| 37 | Rule 5.2 Certificate | Certificate Regarding Discovery (Defendant's Responses To Requests For Admissions, Interrogatories And Requests For Production Of Documents) | Deeb, Nicholas | 01/28/2021 | EFile: PeachCourt | 2 | View |
| 38 | Notice | Defendant's Notice Of Paying Costs | Deeb, Nicholas | 01/28/2021 | EFile: PeachCourt | 2 | View |
| 39 | Order | | Wilson, Anne-Marie | 02/01/2021 | EFile: PeachCourt | 2 | View |

EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**

Judge Leslie Abernathy-Maddox
MAR 21, 2020 04:16 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588,
XYZ CORPORATION & JOHN DOE

      Defendants.

CIVIL ACTION

FILE NO.:

**JURY TRIAL DEMANDED**

### COMPLAINT FOR DAMAGES

COMES NOW STEPHANIE CAULEY, Plaintiff in the above-styled action and files this Complaint for Damages and shows the Court as follows:

1.

Defendant WAL-MART STORES EAST, LP d/b/a WALMART STORE #588 (hereinafter, "Walmart") is a foreign limited partnership existing under the laws of Delaware, whose principal office address is 708 SW 8th Street, Bentonville, AR  72716, who, at all times relevant to this action, owned and/or operated the premises upon which STEPHANIE CAULEY (hereinafter, "Plaintiff") sustained the injuries which form the basis of this action, and maintained an office and place of doing business in Dougherty County, GA, located at 2825 Ledo Road, Albany, and is subject to the jurisdiction of this Court as a joint tortfeasor. Defendant Walmart may be served through its registered agent, The Corporation Company, at 112 North Main Street, Cumming, GA 30040.  Venue is proper.

2.

Defendant XYZ Corporation (hereinafter, "XYZ Corporation") occupied the position of the unknown vendor of the premises where the subject incident occurred, and at all times relevant to this action, was acting within the scope of employment for Defendant Walmart on the

1

Copy from re:SearchGA

premises where Plaintiff sustained the injuries which form the basis of this action and whose acts and/or omissions are believed to have contributed to Plaintiff's claims for damages and is subject to the jurisdiction and venue of this Court.

3.

Defendant JOHN DOE, (hereinafter, "Doe") is an unidentified individual who, at all times relevant to this action, was acting within the scope of employment for Defendant Walmart and/or XYZ Corporation on the premises where Plaintiff sustained the injuries which form the basis of this action and whose acts and/or omissions contributed to Plaintiff's damages and is subject to the jurisdiction and venue of this Court.

## **BACKGROUND**

5.

On or about December 28, 2018, Plaintiff was upon the premises of Walmart Store #588 (hereinafter, "the store") located at 2825 Ledo Road, Albany, Georgia 31707, a business owned and/or operated by Defendant Walmart and/or XYZ Corporation, as an invitee.

6.

Plaintiff, through no failure to exercise reasonable care for her own safety, was walking in and/or near the store premises and was injured as a result of slipping on a wet, slick and/or hazardous substance which was caused by, upon information and belief, a static defect, upon information and belief a refrigerator and/or cooler leaking into the aisleway.

7.

There were no warning signs in the area where the wet, slick and/or hazardous substance and/or static defect was present when Plaintiff's incident occurred.

2

Copy from re:SearchGA

8.

Defendant Walmart and/or XYZ Corporation had exclusive ownership, possession and control over the store at all times relevant to this action.

9.

As a result of Plaintiff's fall, she suffered bodily injury.

## COUNT I
## PREMISES LIABILITY

10.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 9 above as if fully stated herein.

11.

Plaintiff was an invitee on the store premises at the time of the incident.

12.

Defendant Walmart and/or XYZ Corporation owed a nondelegable duty of reasonable care in keeping the store premises safe for invitees such as Plaintiff.

13.

Plaintiff did not know and could not reasonably have learned of the danger posed by the wet, slick and/or hazardous substance and/or static defect without proper notice or warning.

14.

Defendant Walmart and/or XYZ Corporation had actual and/or constructive knowledge of the existence of the hazard, knew or should have known that the presence of the wet, slick and/or hazardous substance and/or static defect posed a danger to invitees on the store premises, and should have notified or warned invitees about this hazard.

3

Copy from re:SearchGA

15.

Defendant Walmart and/or XYZ Corporation was negligent in failing to properly inspect the area where the incident occurred, in failing to remedy the presence of the wet, slick and/or hazardous substance and/or static defect, in failing to take adequate measures to protect invitees, and in failing to keep the premises safe for invitees.

## COUNT II
## LIABILITY OF DEFENDANTS WALMART, XYZ CORPORATION AND JOHN DOE

16.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 15 above as if fully stated herein.

17.

At all times relevant to this action, Defendant Walmart, Defendant XYZ Corporation and Defendant Doe had a duty to reasonably inspect, clean, repair and maintain the area where Plaintiff's incident occurred.

18.

Defendant Walmart, Defendant XYZ Corporation and Defendant Doe negligently failed to inspect, clean, repair and maintain the area where Plaintiff's fall occurred and negligently failed to take reasonable measures to ensure the safety of invitees on the premises and warn invitees such as Plaintiff of the presence of the wet, slick and/or hazardous substance and/or static defect.

4

Copy from re:SearchGA

## COUNT III
## VICARIOUS LIABILITY

### 19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

### 20.

At all times relevant to this action, Defendant Doe and other individuals responsible for inspecting, cleaning, repairing and maintaining the area where the Plaintiff's incident occurred were employed by Defendant Walmart and/or XYZ Corporation and were acting within the scope of their employment.

### 21.

Defendant Walmart and/or XYZ Corporation is responsible for the conduct of these individuals under the doctrine of Respondeat Superior, agency or apparent agency.

## COUNT IV
## NEGLIGENT TRAINING & SUPERVISION

### 22.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 21 above as if fully restated.

### 23.

Defendants were negligent in failing to adopt appropriate policies and procedures to make sure that invitees receive appropriate notice or warning of hazardous conditions on the store premises and in failing to train their employees concerning safety procedures for maintaining the store premises.

Copy from re:SearchGA

24.

Defendants were negligent in training and supervising their staff.

25.

As a direct and proximate result of the individual and joint negligence of Defendants, Plaintiff suffered bodily injuries, lost wages, and medical expenses, in an amount TBD.

| | Provider: | Dates of Service: | Amount: |
|---|---|---|---|
| 1. | Emory Hospital Johns Creek | TBD | TBD |
| 2. | Emory University Hospital | TBD | TBD |
| 3. | Emory Brain and Health Center | TBD | TBD |
| 4. | Phoebe Sumter | TBD | TBD |

26.

As a direct and proximate result of the Defendants' negligence, Plaintiff is entitled to an award of special damages for medical expenses and lost wages in an amount to be shown at trial, and general damages in an amount to be determined by this court against the Defendants, all in an amount TBD.

WHEREFORE, Plaintiff prays as follows:

a)  That process be issued, and the Defendants be served with process as provided by law;

b)  That Plaintiff have a trial by jury on all issues so triable;

c)  That Plaintiff have a verdict and judgment against the Defendants to compensate Plaintiff for all special, general, compensatory and consequential damages in an amount proven at trial to be adequate and just;

d)  That all costs be cast against the Defendants; and

e)  That this Court grant such other and further relief as it deems appropriate.

6

Copy from re:SearchGA

Respectfully submitted this 21st day of March, 2020.


_/s/Johnny G. Phillips_____
Johnny G. Phillips
Georgia State Bar No. 382150
Adam Kemmerick
Georgia State Bar No. 684896
Attorney for Plaintiff

**Law Office of Johnny Phillips, PC**
12 Jackson Street
Newnan, Georgia 30263
P: (404) 487-0184
F: (404) 487-0183
Johnny@johnnyphillipslaw.com

7

Copy from re:SearchGA

**EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**
Judge Leslie Abernathy-Maddox
MAR 21, 2020 04:16 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.:

### RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

    I HEREBY CERTIFY that I have served a copy of Plaintiff's First Interrogatories, Request to Produce Documents and Request for Admissions to Defendant **Wal-Mart Stores East, LP** upon all parties in this matter by including a true and correct copy of same which is to be served contemporaneously with the complaint and summons by a Deputy of the Sheriff's Office or other proper Process Server, as approved by the Georgia Civil Practice Act, who is to effectuate service at the following address:

Wal-Mart Stores East, LP
RA: The Corporation Company
112 North Main Street
Cumming, GA 30040

    Respectfully submitted this 21st day of March, 2020.

                 _/s/Johnny G. Phillips_____
                 Johnny G. Phillips
                 State Bar No. 382150
                 Adam Kemmerick
                 State Bar No. 684896
                 Attorney for Plaintiff

**LAW OFFICE OF JOHNNY PHILLIPS, PC**
12 Jackson Street
Newnan, Georgia 30263

*Phone* (404) 487-0184 | *Fax* (404) 487-0183
Johnny@johnnyphillipslaw.com

# STATE COURT OF FORSYTH COUNTY
# STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**

**Judge Leslie Abernathy-Maddox**
**MAR 21, 2020 04:16 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

CIVIL ACTION NUMBER  20SC-0395-A

Cauley, Stephanie
_____

**PLAINTIFF**

**VS.**

Wal-Mart Stores East, LP, DBA Walmart
Supercenter #588

_____

**DEFENDANT**

**SUMMONS**

TO: WAL-MART STORES EAST, LP

You are hereby summoned and required to file with the Clerk of said court and serve upon the
Plaintiff's attorney, whose name and address is:

> **Johnny Phillips**
> **Law Office of Johnny Phillips**
> **12 Jackson ST**
> **NEWNAN, Georgia 30263**

an answer to the complaint which is herewith served upon you, within 30 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.

**This 21st day of March, 2020.**

Clerk of State Court

_____

Greg G. Allen, Clerk
Forsyth County, Georgia

Page 1 of 1

Copy from re:SearchGA

**General Civil and Domestic Relations Case Filing Information Form**

✦ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**

Judge Leslie Abernathy-Maddox

**MAR 21, 2020 04:16 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

☐ **Superior or** ☑ **State Court of** _Forsyth_ **County**

| | |
|---|---|
| **For Clerk Use Only** | |
| **Date Filed** _03-21-2020_ | **Case Number** _20SC-0395-A_ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

Cauley, Stephanie

| Last | First | Middle I. | Suffix | Prefix |
|------|-------|-----------|--------|--------|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

Wal-Mart Stores East, LP

| Last | First | Middle I. | Suffix | Prefix |
|------|-------|-----------|--------|--------|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** _Phillips, Johnny_   **Bar Number** _382150_   **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
**Case Number**              **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

**EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**
**Judge Leslie Abernathy-Maddox**
**MAR 25, 2020 02:46 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

       Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

       Defendants.

CIVIL ACTION

FILE NO.: **20SC-0395-A**

### <u>CERTIFICATE OF SERVICE OF DISCOVERY</u>

    I hereby certify that I have served the following documents by US Mail, postage prepaid on March 25, 2020. to each of the persons listed below:

1.   Non-Party Request for Production of Documents to Phoebe Sumter Medical Center.

           Wal-Mart Stores East, LP
           RA: The Corporation Company
           112 North Main Street
           Cumming, GA 30040

           */s/Johnny G. Phillips*
           Johnny G. Phillips
           Georgia Bar No. 382150
           Attorney for Plaintiff

Law Office of Johnny Phillips, Pc
12 Jackson Street
Newnan, GA 30263
(P) 404-487-0184
(F) 404-487-0183
Johnny@johnnyphillipslaw.com

CLERK OF SUPERIOR CO., COVINGTON, GA 30015

Civil Action No. __20SC-0395-A__

Date Filed __3/21/2020__

Attorney's Address

Law Office of Johnny Phillips
12 Jackson Street
Newnan, GA 30263

Name and Address of Party to be Served.

__WALMART STORES EAST, L.P.__

__RA: THE CORPORATION COMPANY__

__112 NORTH MAIN STREET, CUMMING, GA__
__30040__

| | |
|---|---|
| Superior Court | ☐ | Magistrate Court | ☐ |
| State Court | ☒ | Probate Court | ☐ |
| Juvenile Court | ☐ | |

Georgia, __FORSYTH__ County

__STEPHANIE CAULEY__

e-FILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

20SC-0395-A

Judge Leslie Abernathy-Maddox
JUN 04, 2020 10:50 AM

Greg G. Allen, Clerk
Forsyth County, Georgia

Plaintiff

VS.

__WAL-MART STORES EAST, LP__
__ET AL__

Defendant

_____

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐

I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒

Served the defendant __Corporation Company__ a corporation by leaving a copy of the within action and summons with __Andy Lipscomb__ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __2__ day of __June__, 20 __20__.

__Z Denp__

DEPUTY

SHERIFF DOCKET_____ PAGE _____

Copy from re:SearchGA

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT

# FORSYTH COUNTY SHERIFF'S OFFICE
## Civil Paper - CIVIL PAPER

*CP32430*

| Civil ID | Case ID | File/Docket # |
|---|---|---|
| 32430 | | 20SC-0395-A |

| Officer | Location of Original Copy | Local # |
|---|---|---|
| SKIBBA, R. M. | | |

| PLAINTIFF NAME & ADDRESS | Court |
|---|---|
| CAULEY, STEPHANIE | **State Court** |

| | Date Issued | Date Received |
|---|---|---|
| | 03/21/2020 | 05/21/2020 |

| | Disposition | Disposition Date |
|---|---|---|
| | **Active** | 05/21/2020 |

## VERSUS

| DEFENDANT NAME & ADDRESS | SERVE TO ADDRESS: |
|---|---|
| **WALMART STORES EAST, LP** **112 N Main St** **Cumming,GA  30040** | Beat: **N52**   Neighbhd: District: **NRTH** ReportArea: **COM1**   SubDivsn: |

DEFENDANT NAME & ADDRESS

| Race / Sex / DOB | SSN |
|---|---|

Employer Information

| Home Phone | Work Phone | Notes (for above Defendant) |
|---|---|---|

**Alerts**

## SERVICE NOTES

## FIRST ATTEMPT

| Successful ☐ Yes  ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|

| Where Served **Serve To Address:** | Comments (include new address) |
|---|---|

## SECOND ATTEMPT

| Successful ☐ Yes  ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|

| Where Served | Comments (include new address) |
|---|---|

## THIRD ATTEMPT

| Successful ☐ Yes  ☐ No | Date | Time | Officer | Who Served |
|---|---|---|---|---|

| Where Served | Comments (include new address) |
|---|---|

Copy from re:SearchGA

**EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**
**Judge Leslie Abernathy-Maddox**
**JUL 23, 2020 04:44 AM**

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.: 20SC-0395-A

## SUBSTITUTION OF COUNSEL

**COMES NOW,** *Christopher N Reilly* of the Law Office of Johnny Phillips and appears

as the counsel for Plaintiff STEPHANIE CAULEY. The undersigned attorney stipulates that the

name of Christopher N Reilly shall be substituted as counsel for Plaintiff, STEPHANIE CAULEY,

in place of Adam kemmerick and requests that all notices, correspondence and court calendars be

sent to the attention of the undersigned at the address set out below.

Respectfully submitted, this 22nd day of July, 2020.

Respectfully Submitted By:

_/s/Johnny G. Phillips_____
JOHNNY G. PHILLIPS
Georgia Bar No. 382150
CHRISTOPHER N REILLY
Georgia Bar No. 163424
Attorneys for Plaintiff

Copy from re:SearchGA

LAW OFFICE OF JOHNNY PHILLIPS
12 JACKSON STREET
NEWNAN GEORGIA 30263
(404) 487-0184
FAX: (404) 439-1190
chris@johnnyphillipslaw.com

Copy from re:SearchGA

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing *Substitution of Counsel* with all opposing counsel of record listed below by electronic filing or by depositing same in the U.S. Mail with sufficient postage affixed to ensure delivery to:

Respectfully submitted, this 23rd day of July, 2020.

Respectfully Submitted By:

__/s/Johnny G. Phillips_____
JOHNNY G. PHILLIPS
Georgia Bar No. 382150
Attorney for Plaintiff
CHRISTOPHER N REILLY
Georgia Bar No. 163424
Attorneys for Plaintiff

LAW OFFICE OF JOHNNY PHILLIPS
12 JACKSON STREET
NEWNAN GEORGIA 30263
(404) 487-0184
FAX: (404) 439-1190
chris@johnnyphillipslaw.com

Copy from re:SearchGA

EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

20SC-0395-A

Judge Leslie Abernathy-Maddox
AUG 04, 2020 11:51 AM

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.: **20SC-0395-A**

## CERTIFICATE OF SERVICE OF DISCOVERY

    I hereby certify that I have served the following documents by US Mail, postage prepaid on August 04, 2020. to each of the persons listed below:

1.  Non-Party Request for Production of Documents to Emory University Hospital-Midtown.

       */s/Johnny G. Phillips*
       Johnny G. Phillips
       Georgia Bar No. 382150
       Attorney for Plaintiff

Law Office of Johnny Phillips, Pc
12 Jackson Street
Newnan, GA 30263
(P) 404-487-0184
(F) 404-439-1190
Johnny@johnnyphillipslaw.com

Copy from re:SearchGA

⧈ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**

**Judge Leslie Abernathy-Maddox**
**AUG 04, 2020 11:51 AM**

Greg G. Allen, Clerk
Forsyth County, Georgia

**IN THE STATE COURT OF FORSYTH COUNTY**
**STATE OF GEORGIA**

STEPHANIE CAULEY,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.: **20SC-0395-A**

## CERTIFICATE OF SERVICE OF DISCOVERY

    I hereby certify that I have served the following documents by US Mail, postage prepaid on August 04, 2020. to each of the persons listed below:

1. Non-Party Request for Production of Documents to Phoebe Sumter Medical Center.


             */s/Johnny G. Phillips*
             Johnny G. Phillips
             Georgia Bar No. 382150
             Attorney for Plaintiff

Law Office of Johnny Phillips, Pc
12 Jackson Street
Newnan, GA 30263
(P) 404-487-0184
(F) 404-439-1190
Johnny@johnnyphillipslaw.com

Copy from re:SearchGA

⬡ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**

**Judge Leslie Abernathy-Maddox**
**SEP 01, 2020 03:09 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

        Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

        Defendants.

CIVIL ACTION

FILE NO.: **20SC-0395-A**

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT FOR DEFENDANT WAL-MART STORES EAST, LP

COMES NOW Plaintiff STEPHANIE CAULEY, and moves this court for entry of default judgment against Defendant, WAL-MART STORES EAST, LP for failure to file a timely answer pursuant to O.C.G.A. § 9-11-55 and shows the court as follows:

1.

On March 21, 2020, the Plaintiff filed suit against the Defendant, Wal-Mart Stores East, LP (See Complaint, attached hereto as **Exhibit A**)

2.

On June 4th, 2020, Defendant Wal-Mart Stores East, LP was duly and properly served with process and accepted a copy of Plaintiff's Complaint for Damages and Summons. (See Affidavit of Service, attached hereto as **Exhibit B**).

3.

The 15-day grace period to open the default as a matter of right for Defendant Wal-Mart Stores East, LP expired on July 20th, 2020. As of the present date, no answer has been filed by the Defendant.

4.

Plaintiff's counsel certifies that he has spoken to the clerk of the court and reviewed the filed pleadings in the case and can find no evidence of the Defendant Wal-Mart Stores East, LP having filed an answer in this case. (Affidavit of Counsel attached here to as **Exhibit C**).

5.

WHEREFORE plaintiff moves this court to enter judgment against the Defendant, Wal-Mart Stores East, LP and to schedule this matter on the first available default calendar for a hearing on damages.

Respectfully submitted this 1st day of September, 2020.

*/s/ **Chris N. Reilly***

Christopher N Reilly
State Bar No. 163424
Attorney for Plaintiff

**LAW OFFICE OF JOHNNY PHILLIPS**
12 Jackson Street
Newnan, Georgia 30263
*Phone* (404) 487-0184 | *Fax* (404) 439-1190
chris@johnnyphillipslaw.com

2

Copy from re:SearchGA

⚹ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**
Judge Leslie Abernathy-Maddox
MAR 21, 2020 04:16 PM

*R all*
Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

STEPHANIE CAULEY,

     Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588,
XYZ CORPORATION & JOHN DOE

    Defendants.

CIVIL ACTION

FILE NO.:

**JURY TRIAL DEMANDED**

## COMPLAINT FOR DAMAGES

COMES NOW STEPHANIE CAULEY, Plaintiff in the above-styled action and files this

Complaint for Damages and shows the Court as follows:

1.

Defendant WAL-MART STORES EAST, LP d/b/a WALMART STORE #588

(hereinafter, "Walmart") is a foreign limited partnership existing under the laws of Delaware,

whose principal office address is 708 SW 8th Street, Bentonville, AR  72716, who, at all times

relevant to this action, owned and/or operated the premises upon which STEPHANIE CAULEY

(hereinafter, "Plaintiff") sustained the injuries which form the basis of this action, and

maintained an office and place of doing business in Dougherty County, GA, located at 2825

Ledo Road, Albany, and is subject to the jurisdiction of this Court as a joint tortfeasor.

Defendant Walmart may be served through its registered agent, The Corporation Company, at

112 North Main Street, Cumming, GA 30040.  Venue is proper.

2.

Defendant XYZ Corporation (hereinafter, "XYZ Corporation") occupied the position of

the unknown vendor of the premises where the subject incident occurred, and at all times

relevant to this action, was acting within the scope of employment for Defendant Walmart on the

**PLAINTIFF'S
EXHIBIT
A**

1

Copy from re:SearchGA

premises where Plaintiff sustained the injuries which form the basis of this action and whose acts and/or omissions are believed to have contributed to Plaintiff's claims for damages and is subject to the jurisdiction and venue of this Court.

3.

Defendant JOHN DOE, (hereinafter, "Doe") is an unidentified individual who, at all times relevant to this action, was acting within the scope of employment for Defendant Walmart and/or XYZ Corporation on the premises where Plaintiff sustained the injuries which form the basis of this action and whose acts and/or omissions contributed to Plaintiff's damages and is subject to the jurisdiction and venue of this Court.

**BACKGROUND**

5.

On or about December 28, 2018, Plaintiff was upon the premises of Walmart Store #588 (hereinafter, "the store") located at 2825 Ledo Road, Albany, Georgia 31707, a business owned and/or operated by Defendant Walmart and/or XYZ Corporation, as an invitee.

6.

Plaintiff, through no failure to exercise reasonable care for her own safety, was walking in and/or near the store premises and was injured as a result of slipping on a wet, slick and/or hazardous substance which was caused by, upon information and belief, a static defect, upon information and belief a refrigerator and/or cooler leaking into the aisleway.

7.

There were no warning signs in the area where the wet, slick and/or hazardous substance and/or static defect was present when Plaintiff's incident occurred.

2

Copy from re:SearchGA

8.

Defendant Walmart and/or XYZ Corporation had exclusive ownership, possession and control over the store at all times relevant to this action.

9.

As a result of Plaintiff's fall, she suffered bodily injury.

## COUNT I
## PREMISES LIABILITY

10.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 9 above as if fully stated herein.

11.

Plaintiff was an invitee on the store premises at the time of the incident.

12.

Defendant Walmart and/or XYZ Corporation owed a nondelegable duty of reasonable care in keeping the store premises safe for invitees such as Plaintiff.

13.

Plaintiff did not know and could not reasonably have learned of the danger posed by the wet, slick and/or hazardous substance and/or static defect without proper notice or warning.

14.

Defendant Walmart and/or XYZ Corporation had actual and/or constructive knowledge of the existence of the hazard, knew or should have known that the presence of the wet, slick and/or hazardous substance and/or static defect posed a danger to invitees on the store premises, and should have notified or warned invitees about this hazard.

3

Copy from re:SearchGA

15.

Defendant Walmart and/or XYZ Corporation was negligent in failing to properly inspect the area where the incident occurred, in failing to remedy the presence of the wet, slick and/or hazardous substance and/or static defect, in failing to take adequate measures to protect invitees, and in failing to keep the premises safe for invitees.

## COUNT II
## LIABILITY OF DEFENDANTS WALMART, XYZ CORPORATION AND JOHN DOE

16.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 15 above as if fully stated herein.

17.

At all times relevant to this action, Defendant Walmart, Defendant XYZ Corporation and Defendant Doe had a duty to reasonably inspect, clean, repair and maintain the area where Plaintiff's incident occurred.

18.

Defendant Walmart, Defendant XYZ Corporation and Defendant Doe negligently failed to inspect, clean, repair and maintain the area where Plaintiff's fall occurred and negligently failed to take reasonable measures to ensure the safety of invitees on the premises and warn invitees such as Plaintiff of the presence of the wet, slick and/or hazardous substance and/or static defect.

4

Copy from re:SearchGA

## COUNT III
## VICARIOUS LIABILITY

19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

20.

At all times relevant to this action, Defendant Doe and other individuals responsible for inspecting, cleaning, repairing and maintaining the area where the Plaintiff's incident occurred were employed by Defendant Walmart and/or XYZ Corporation and were acting within the scope of their employment.

21.

Defendant Walmart and/or XYZ Corporation is responsible for the conduct of these individuals under the doctrine of Respondeat Superior, agency or apparent agency.

## COUNT IV
## NEGLIGENT TRAINING & SUPERVISION

22.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 21 above as if fully restated.

23.

Defendants were negligent in failing to adopt appropriate policies and procedures to make sure that invitees receive appropriate notice or warning of hazardous conditions on the store premises and in failing to train their employees concerning safety procedures for maintaining the store premises.

5

Copy from re:SearchGA

24.

Defendants were negligent in training and supervising their staff.

25.

As a direct and proximate result of the individual and joint negligence of Defendants, Plaintiff suffered bodily injuries, lost wages, and medical expenses, in an amount TBD.

| | Provider: | Dates of Service: | Amount: |
| --- | --- | --- | --- |
| 1. | Emory Hospital Johns Creek | TBD | TBD |
| 2. | Emory University Hospital | TBD | TBD |
| 3. | Emory Brain and Health Center | TBD | TBD |
| 4. | Phoebe Sumter | TBD | TBD |

26.

As a direct and proximate result of the Defendants' negligence, Plaintiff is entitled to an award of special damages for medical expenses and lost wages in an amount to be shown at trial, and general damages in an amount to be determined by this court against the Defendants, all in an amount TBD.

WHEREFORE, Plaintiff prays as follows:

a) That process be issued, and the Defendants be served with process as provided by law;

b) That Plaintiff have a trial by jury on all issues so triable;

c) That Plaintiff have a verdict and judgment against the Defendants to compensate Plaintiff for all special, general, compensatory and consequential damages in an amount proven at trial to be adequate and just;

d) That all costs be cast against the Defendants; and

e) That this Court grant such other and further relief as it deems appropriate.

6

Copy from re:SearchGA

Respectfully submitted this 21st day of March, 2020.

/s/Johnny G. Phillips

Johnny G. Phillips
Georgia State Bar No. 382150
Adam Kemmerick
Georgia State Bar No. 684896
Attorney for Plaintiff

**Law Office of Johnny Phillips, PC**
12 Jackson Street
Newnan, Georgia 30263
P: (404) 487-0184
F: (404) 487-0183
Johnny@johnnyphillipslaw.com

7

Copy from re:SearchGA

SHERIFF'S ENTRY OF SERVICE                                    SC-85-2

                                                                          CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

Civil Action No. _20SC-0395-A_                    Superior Court ☐       ~~MAGISTRATE~~ **FILED IN OFFICE**
                                                  State Court   ☒       Probate Court **STATE COURT**
Date Filed _3/21/2020_                            Juvenile Court ☐                     FORSYTH COUNTY, GEORGIA

                                                  Georgia, _FORSYTH_    **20SC-0395-A**
                                                                       Judge Leslie Abernathy-Maddox
                                                  _STEPHANIE CAULEY_    JUN 04, 2020 10:50 AM
Attorney's Address
                                                                       ~~Greg G. Allen, Clerk~~
Law Office of Johnny Phillips                                          Forsyth County, Georgia
12 Jackson Street                                                                              **Plaintiff**
Newnan, GA 30263

                                                          VS.

Name and Address of Party to be Served.           _WAL-MART STORES EAST, LP_

_WALMART STORES EAST, L.P._                       _ETAL_
_RA: THE CORPORATION COMPANY_
_112 NORTH MAIN STREET, CUMMING, GA_                                                          **Defendant**
_30040_
                                                                                             **Garnishee**

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐  I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS** ☐  I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION** ☒  Served the defendant _Corporation Company_
by leaving a copy of the within action and summons with _Andy LIPScomb_ a corporation
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐  I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐  Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _2_ day of _June_ , 20 _20_

                                                  _ZDervy_

**PLAINTIFF'S EXHIBIT**
**B**

                                                                              **DEPUTY**

SHERIFF DOCKET _____ PAGE _____

Copy from re:SearchGA

                    WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.: **20SC-0395-A**

STATE OF GEORGIA
COUNTY OF **FORSYTH**

### AFFIDAVIT OF  CHRISTOPHER N REILLY, ESQ.

**1.**

My name is Christopher N Reilly. I am over the age of 18 and give this Affidavit of my

own personal knowledge.

**2.**

At all times relevant to the above styled action, I have been the lead attorney for Plaintiff

STEPHANIE CAULEY.

**3.**

I am a civil trial attorney, and associate attorney of the Law Office of Johnny Phillips, P.C.

**4.**

I am a member in good standing with the Georgia Bar Association and have been a

practicing attorney since 2020.

6



Copy from re:SearchGA

**5.**

I personally contacted the clerk of court for the Forsyth County State Court to clarify there is no answer on file from Defendant, Wal-Mart Stores East, LP as of the date of this Affidavit.

*{FURTHER, AFFIANT SAITH NOT}*

DATED this __19th__ day of August, 2020.

_____
Signature of Affiant

SWORN to subscribed before me, this __19TH__ day of August, 2020.

_____
NOTARY PUBLIC

My Commission Expires:

__6/8/2024__

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**

**Judge Leslie Abernathy-Maddox**
**SEP 01, 2020 03:09 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.: **20SC-0395-A**

### CERTIFICATE OF COMPLIANCE

COMES NOW, Christopher N Reilly, counsel for the Plaintiff in the above-referenced matter, and pursuant to O.C.G.A. § 9-11-55 and Rule 15 of the Uniform State Court Rules, hereby certifies that he has spoken with the clerk of court and reviewed the pleadings on file with the court and that the Defendant, Wal-Mart Stores East, LP has failed to file an answer within the time prescribed by law and the time during which default can be opened as a matter of right has expired.

Respectfully submitted this 1st day of September, 2020.

*/s/ Chris N. Reilly*

Christopher N Reilly
State Bar No. 163424
Attorney for Plaintiff

**LAW OFFICE OF JOHNNY PHILLIPS**
12 Jackson Street
Newnan, Georgia 30263
*Phone* (404) 487-0184 | *Fax* (404) 439-1190
chris@johnnyphillipslaw.com

3

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

       Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.: **20SC-0395-A**

### ENTRY OF DEFAULT JUDGMENT

Whereas it appears that the Defendant, Wal-Mart Stores East, LP, was served with the summons and complaint on June 4th, 2020 and the time has expired in which to file an answer; and

Whereas it appears that the 15-day grace period to open default has expired; and

Whereas it appears that the plaintiff is entitled to a default judgment against the Defendant, Wal-Mart Stores East, LP;

It is hereby ORDERED and adjuged that judgment be entered against the Defendant, Wal-Mart Stores East, LP on the Plaintiff's claims and that a hearing on Plaintiff's damages be scheduled for the next available default calendar.

SO ORDERED, this ___ day of _____, 2020.

_____
State Court of Forsyth County

Prepared and submitted by:

4

*/s/ Chris N. Reilly*

_____

Christopher N Reilly
Georgia Bar No. 163424
Attorney for Plaintiff
Law Office of Johnny Phillips
12 Jackson Street
Newnan, Georgia 30263
Phone (404) 487-0184 | Fax (404) 439-1190
chris@johnnyphillipslaw.com

**EFILED IN OFFICE**
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**

**Judge Leslie Abernathy-Maddox**
**SEP 08, 2020 04:30 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.: **20SC-0395-A**

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have served the following documents by US Mail, postage prepaid on September 08, 2020. To each of the persons listed below:

1.  Non-Party Request for Production of Documents to Emory Brain Health Center.

Wal-Mart Stores Easy, LP
RA: The Corporation Company
112 North Main Street
Cumming, GA 30040

*/s/Johnny G. Phillips*
Johnny G. Phillips
Georgia Bar No. 382150
Attorney for Plaintiff

Law Office of Johnny Phillips, Pc
12 Jackson Street
Newnan, GA 30263
(P) 404-487-0184
(F) 404-439-1190
Johnny@johnnyphillipslaw.com

EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA
**20SC-0395-A**
Judge Leslie Abernathy-Maddox
NOV 20, 2020 12:48 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,

      Plaintiff,

vs.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588, XYZ
CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.: **20SC-0395-A**

### ENTRY OF DEFAULT JUDGMENT

Whereas it appears that the Defendant, Wal-Mart Stores East, LP, was served with the summons and complaint on June 4th, 2020 and the time has expired in which to file an answer; and

Whereas it appears that the 15-day grace period to open default has expired; and

Whereas it appears that the plaintiff is entitled to a default judgment against the Defendant, Wal-Mart Stores East, LP;

It is hereby ORDERED and adjuged that judgment be entered against the Defendant, Wal-Mart Stores East, LP on the Plaintiff's claims and that a hearing on Plaintiff's damages be scheduled for the next available default calendar.

November 20, 2020

SO ORDERED, this ___ day of _____, 2020.

_____
State Court of Forsyth County

Prepared and submitted by:

4

Copy from re:SearchGA

*/s/ Chris N. Reilly*

_____ ___
Christopher N Reilly
Georgia Bar No. 163424
Attorney for Plaintiff
Law Office of Johnny Phillips
12 Jackson Street
Newnan, Georgia 30263
Phone (404) 487-0184 | Fax (404) 439-1190
chris@johnnyphillipslaw.com

5

Copy from re:SearchGA

⚡ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**

Judge Leslie Abernathy-Maddox
DEC 23, 2020 03:21 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

STEPHANIE CAULEY,                          Civil Action File No.
                                           20SC-0395-A
            Plaintiff,

v.

WAL-MART STORES EAST, LP d/b/a
WALMART SUPERCENTER #588,
XYZ CORPORATION & JOHN DOE,

            Defendants.
_____/

## **ENTRY OF APPEARANCE**

COMES NOW Nicholas E. Deeb of the law firm of McLain & Merritt, P.C. and enters an appearance as an attorney of record for the Defendant Wal-Mart Stores East, LP.  Copies of all correspondence and pleadings should be directed to Nicholas E. Deeb at McLain & Merritt, P.C., 3445 Peachtree Road, NE, Suite 500, Atlanta, Georgia 30326, ndeeb@mmatllaw.com.

This 23rd day of December, 2020.

                          McLAIN & MERRITT, P.C.

                          /s/ Nicholas E. Deeb
                          Nicholas E. Deeb
                          Georgia State Bar No. 117025
                          Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 365-4535

ndeeb@mmatllaw.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this day, I electronically filed **ENTRY OF APPEARANCE** with the Clerk of Court using the Peachcourt E-File System which will automatically send email notification of such filing to attorneys of record.

This the 23rd day of December, 2020.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia State Bar No. 117025
Attorney for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 365-4535
ndeeb@mmatllaw.com

EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**
Judge Leslie Abernathy-Maddox
**JAN 15, 2021 12:43 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| STEPHANIE CAULEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File |
| | ) | No. 20SC-0395-A |
| WAL-MART STORES EAST LP | ) | |
| d/b/a WAL-MART SUPERCENTER | ) | |
| #588; XYZ CORPORATION; and | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

_____

### RULE NISI

Default judgment having been entered in favor of Plaintiff on November 20, 2020, and Plaintiff having requested a final hearing on damages; the parties are hereby noticed to appear for final hearing via virtual format at **9:00 a.m.** on **February 26th, 2021**, before the Honorable Judge Abernathy-Maddox.

In light of the usage of the virtual system Microsoft Teams for said court session, all parties are required to respond via email to awilson@forsythco.com within ten (10) days of entry of this Rule Nisi as to the following:

1.  Estimated time of your hearing

2.  Number of witnesses each side intends to call

3.  Whether the case is to be reported

4.  Any conflicts

Once the Court has established the schedule of cases and created the session utilizing Microsoft Teams, your scheduled time will be distributed via email prior to the date of the calendar. Any party is entitled to join upon call of the calendar or at your designated time.  All

parties must have video and audio capability on the electronic device each party intends download Microsoft teams to utilize for the hearing, so the cases are heard as efficiently and expeditiously as the cases would otherwise be heard in person.


**SO ORDERED** this 15th day of January, 2021.


_____

**LESLIE C. ABERNATHY-MADDOX**
Judge, State Court of Forsyth County
Bell-Forsyth Judicial Circuit



cc:     Christopher N. Reilly, Attorney for Plaintiff
        Wal-Mart Stores East L.P.

⚓ EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA
**20SC-0395-A**
**Judge Leslie Abernathy-Maddox**
**JAN 28, 2021 01:54 PM**

Greg G. Allen, Clerk
Forsyth County, Georgia

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

STEPHANIE CAULEY,                                    Civil Action File No.
                                                     20SC-0395-A
          Plaintiff,

v.

WAL-MART STORES EAST, LP,
d/b/a WALMART SUPERCENTER #588,
XYZ CORPORATION & JOHN DOE,

          Defendants.

_____/

### ANSWER OF DEFENDANT
### WAL-MART STORES EAST, LP

COMES NOW, Defendant WAL-MART STORES EAST, LP, and after paying all costs

in the amount of $_____, make this Answer to Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be

granted.

### SECOND DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own

contributory negligence and failure to exercise ordinary care.

### THIRD DEFENSE

Plaintiff was not in the exercise of ordinary care for her own safety in the premises, and by

the exercise of ordinary care could have avoided any injury to herself; and on account thereof,

Plaintiff is not entitled to recover from Defendant.

Page –1–

<u>FOURTH DEFENSE</u>

Defendant denies that it was negligent in any manner whatsoever or that any negligent act or omission on its part caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

<u>FIFTH DEFENSE</u>

Plaintiff assumed the risk of any hazard that was presented and is thereby barred from recovering against Defendant.

<u>SIXTH DEFENSE</u>

Defendant responds to the enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendant denies the allegations contained in paragraph 1 of the Plaintiff's Complaint.

2.

Defendant denies the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.

Defendant denies the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.

There is no paragraph 4, but, just in case, Defendant denies the allegations contained in paragraph 4 of Plaintiff's Complaint, if any.

5.

Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 5 of the Plaintiff's Complaint, and, thus, the same are denied.

Page –2–

6.

Defendant denies the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7.

Defendant denies the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8.

Defendant denies the allegations contained in paragraph 8 of Plaintiff's Complaint.

9.

Defendant denies the allegations contained in paragraph 9 of Plaintiff's Complaint.

10.

Defendant hereby incorporates all previous paragraphs of this answer to Plaintiff's Complaint.

11.

Defendant lacks sufficient information to admit or deny the allegations contained in paragraph 11 of the Plaintiff's Complaint, and, thus, the same are denied.

12.

Defendant denies the allegations contained in paragraph 12 of Plaintiff's Complaint.

13.

Defendant denies the allegations contained in paragraph 13 of Plaintiff's Complaint.

14.

Defendants denies the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.

Defendant denies the allegations contained in paragraph 15 of Plaintiff's Complaint.

16.

Defendant hereby incorporates all previous paragraphs of this answer to Plaintiff's Complaint.

17.

Defendant denies the allegations contained in paragraph 17 of Plaintiff's Complaint.

18.

Defendant denies the allegations contained in paragraph 18 of Plaintiff's Complaint.

19.

Defendant hereby incorporates all previous paragraphs of this answer to Plaintiff's Complaint.

20.

Defendant denies the allegations contained in paragraph 20 of Plaintiff's Complaint, as stated.

21.

Defendant denies the allegations contained in paragraph 21 of Plaintiff's Complaint.

22.

Defendant hereby incorporates all previous paragraphs of this answer to Plaintiff's Complaint.

23.

Defendant denies the allegations contained in paragraph 23 of Plaintiff's Complaint.

24.

Defendant denies the allegations contained in paragraph 24 of Plaintiff's Complaint.

25.

Defendant denies the allegations contained in paragraph 25 of Plaintiff's Complaint.

26.

Defendant denies the allegations contained in paragraph 26 of Plaintiff's Complaint.

27.

All other allegations contained in the Complaint which are not specifically responded to herein, are, therefore, denied.

28.

Defendants deny Plaintiff's prayer for relief, including subparagraphs a., b., c., d., and e., thereof.

WHEREFORE, Defendants pray that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff.   DEFENDANTS DEMAND TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

McLAIN & MERRITT, P.C.


/s/ Howard M. Lessinger
Howard M. Lessinger
Georgia Bar No. 447088


/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326
(404) 365-4514

Page −5−

(404) 364-3138 (fax)
hlessinger@mmatllaw.com
ndeeb@mmatllaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing ANSWER OF DEFENDANT WAL-MART STORES EAST, LP has this day been filed and served upon opposing counsel via Peachcourt eFileGA.

This the <u>27th</u> day of January, 2021.

McLAIN & MERRITT, P.C.


 /s/ Nicholas E. Deeb
Howard M. Lessinger
Georgia Bar No. 447088
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326
(404) 365-4514
(404) 364-3138 (fax)
hlessinger@mmatllaw.com
ndeeb@mmatllaw.com

Page −7−

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

STEPHANIE CAULEY,                                    Civil Action File No.
                                                     20SC-0395-A
        Plaintiff,

v.

WAL-MART STORES EAST, LP,
d/b/a WALMART SUPERCENTER #588,
XYZ CORPORATION & JOHN DOE,

        Defendants.
_____/

### VERIFICATION OF ANSWER

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Princess Wright, who after first being sworn, deposes and states:

I, Princess Wright, am the Asset protection Manager for Wal-Mart store number 588 located at 2825 Ledo Rd., Albany, Georgia, and I am a representative of Defendant Wal-Mart Stores East, LP herein; that I have read the foregoing Answer, and know the contents thereof, and that the same is true to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

This 28 day of Jan., 2021.

                                    _Princess Wright_____

                                    Printed Name: Princess Wright

                                    Position: Asset protection manager

Sworn to me and subscribed
before me this 28 day of
January, 2021.

Notary Public _Richard C Hewit_

My Commission Expires: 01-15-2023

                                    Page 1 of 1

EFILED IN OFFICE
CLERK OF STATE COURT
FORSYTH COUNTY, GEORGIA

**20SC-0395-A**

Judge Leslie Abernathy-Maddox
JAN 28, 2021 01:54 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

STEPHANIE CAULEY,                                    Civil Action File No.
                                                     20SC-0395-A
Plaintiff,

v.

WALMART STORES EAST, LP
D/B/A WALMART #588,
JOHN DOE AND XYZ CORPORATION,

Defendants.

   _____/

### 12-PERSON JURY DEMAND

COMES NOW Defendant, WALMART STORES EAST, LP and demands a

trial by a jury of twelve (12) persons on all issues, including, but not limited to,

liability and damages.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Howard M. Lessinger
Georgia Bar No. 447088
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326
(404) 365-4514
(404) 364-3138 (fax)
ndeeb@mmatllaw.com
hlessinger@mmatllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **12-PERSON JURY DEMAND** has this day been filed and served upon opposing counsel via Peachcourt E-File.

This the ___28th___ day of January, 2021.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Howard M. Lessinger
Georgia Bar No. 447088
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendant
WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326
(404) 365-4514
(404) 364-3138 (fax)
ndeeb@mmatllaw.com
hlessinger@mmatllaw.com