IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| STEPHANIE CAULEY,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP d/b/a WALMART SUPERCENTER #588, XYZ CORPORATION & JOHN DOE,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>2:21-CV-0041-SCJ |

**O R D E R**

Counsel for Plaintiff having filed Notice [Doc. 10] informing the Court that Plaintiff and Defendants have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 10th day of March, 2021.

                                            s/Steve C. Jones
                                            STEVE C. JONES
                                            UNITED STATES DISTRICT JUDGE